UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-242 SI |
| v. | INFORMATION |
| ZACHARY ROY DUFFLY, | 41 C.F.R. § 102-74.390(c) |
| Defendant. | 40 U.S.C. § 1315 |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Disorderly Conduct on Federal Property)**
**(41 C.F.R. § 102-74.390(c))**

On or about July 21, 2020, in the District of Oregon, defendant **ZACHARY ROY DUFFLY** did willfully enter in and on federal property, to wit: the grounds of the Mark O. Hatfield Federal Courthouse, and did exhibit disorderly conduct and exhibit conduct on the property that impeded and disrupted Government employees from the performance of their official duties;

In violation of Title 40, United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.390(c), a class C misdemeanor.

Dated: July 21, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney