**Bryan Francesconi, OSB # 063285**
**Assistant Federal Public Defender**
**Email: bryan_francesconi@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.  3:20-cr-00242-JO |
| Plaintiff, | **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| v. | |
| **ZACHARY ROY DUFFLY,** | |
| Defendant. | |

Defendant Zachary Roy Duffly, through his attorney, Bryan Francesconi, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for January 19, 2021, for a period of approximately 90 days, to April 20, 2021, or a date thereafter convenient to the Court.  This motion is based on the reasons set forth in the attached declaration of counsel and is unopposed by Assistant United States Attorney Parakram Singh.

Mr. Duffly understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Respectfully submitted this 5th day of January 2021.

        /s/ *Bryan Francesconi*
        Bryan Francesconi
        Assistant Federal Public Defender