**Bryan Francesconi, OSB # 063285**
**Assistant Federal Public Defender**
**Email: bryan_francesconi@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR 97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:20-cr-00242-JO |
| Plaintiff, | **DECLARATION OF BRYAN FRANCESCONI IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| v. | |
| **ZACHARY ROY DUFFLY,** | |
| Defendant. | |

I, Bryan Francesconi, declare:

1.  I am the attorney appointed to represent Zachary Roy Duffly in the above-entitled case.

2.  A jury trial in this case is currently scheduled for January 19, 2021. Mr. Duffly was arraigned on July 21, 2020. This is the second continuance sought by the defense.

3. Mr. Duffly is currently on release and in compliance with the conditions thereof.

4. Mr. Duffly has received discovery and the defense has entered into creative negotiations with the government. Mr. Duffly therefore respectfully requests that this Court continue his case for a period of approximately 90 days to April 20, 2021, or a date thereafter convenient to the Court to accomplish these tasks.

5. I have discussed with Mr. Duffly his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act. Assistant United States Attorney Parakram Singh has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on January 5, 2021 in Portland, Oregon.

/s/ *Bryan Francesconi*
Bryan Francesconi
Assistant Federal Public Defender