SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**PARAKRAM SINGH, OSB #134871**
Assistant United States Attorney
Parakram.Singh@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00242-SI |
| v. | **MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| **ZACHARY ROY DUFFLY,** | |
| **Defendant.** | |

    The United States of America respectfully moves this Court, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an order dismissing with prejudice the Information filed July 21, 2020, charging defendant with Disorderly Conduct on Federal Property.

    The government seeks this dismissal in the interest of justice.

Dated: March 3, 2021                                Respectfully submitted,

                                                                  SCOTT ERIK ASPHAUG
                                                                  Acting United States Attorney

                                                                  *s/ Parakram Singh*
                                                                  PARAKRAM SINGH, OSB #134871
                                                                  Assistant United States Attorney